UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE,<br><br>        Plaintiff,<br><br>   v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>        Defendants. | Case No. 20-cv-01935-YGR (PR)<br><br>**ORDER OF TRANSFER** |

Plaintiff, an inmate at the San Diego Central Jail, has filed a *pro se* civil rights action pursuant to 42 U.S.C. § 1983 and an application for *in forma pauperis* ("IFP") status. Dkts. 4, 5. Also pending is Plaintiff's "Motion for Int[e]rvention FRCP 241(a) and Further Injunctive Relief." Dkt. 1.

The acts complained of occurred at the San Diego Central Jail, which is located in the Southern District of California, and it appears that Defendants reside in that district. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Southern District of California. The Clerk of the Court shall transfer the case forthwith. All remaining motions are TERMINATED on this Court's docket as no longer pending in this district.

IT IS SO ORDERED.

Dated: April 20, 2020

                                              YVONNE GONZALEZ ROGERS
                                              United States District Judge